UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

UNITED STATES OF AMERICA             CASE NO. 21-cr-00207-01

VERSUS                               JUDGE ELIZABETH E. FOOTE

ERIC LAMAR WIMBLEY (01)              MAGISTRATE JUDGE HORNSBY

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Defendant's Motion to Suppress (Doc. 27) is denied.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _____ 15th _____ day of ___ SEPTEMBER, ___ 2022.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE